**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KOZI, JAMES THOMAS | ) | CASE NO. 05-42536-JHS |
| | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  COURTROOM 2000
        DUPAGE COUNTY COURTHOUSE
        505 NORTH COUNTY FARM ROAD
        WHEATON, IL. 60187

   On: AUGUST 24, 2007            Time: 10:00 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $80,145.50 |
   | Disbursements | $35,964.01 |
   | Net Cash Available for Distribution | $44,181.49 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | DAVID R. BROWN<br>Trustee | $0.00 | $6,441.90 | $0.00 |
   | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC<br>Attorney for Trustee (Trustee Firm) | $0.00 | $1,435.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7.  In addition to the expenses of administration listed and priority claims listed above as may be allowed by the Court, secured claims totaling $4,710.48 must be paid in full for there to be any dividend to general unsecured creditors. The secured dividend is anticipated to be 100.00% plus interest in the amount of $314.46.

8.  Claims of general unsecured creditors totaling $21,065.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus 3.9700% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | ECAST SETTLEMENT CORPORATION ASSIGN | 17,131.80 | 18,275.47 |
| 000001 | GE Consumer Finance | 1,198.00 | 1,277.98 |
| 000002 | KOHL'S DEPARTMENT STORE | 2,736.02 | 2,918.67 |

9.  The balance of funds on hand, $8,807.53, will be paid to the Debtor.

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor has been discharged.

Dated: AUGUST 01, 2007

For the Court,

By: KENNETH S. GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID R. BROWN
Address: 400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON IL 60187
Phone No.: (630) 510-0000

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2536   Doc 33   Filed 08/01/07   Entered 08/04/07 01:35:16   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Aug 01, 2007
Case: 05-42536                Form ID: pdf002          Total Served: 16

The following entities were served by first class mail on Aug 03, 2007.
db          +James Thomas Kozi,   0N 258 Woodvale Street,   Winfield, IL 60190-1145
aty         +Daniel Goodman,    Springer, Brown , Covey , Gaetner & Davi,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
aty         +David R Brown,    Springer, Brown, Covey,Gaetner & Davis,L,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
aty         +David R Herzog,    Herzog & Schwartz Pc,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
tr          +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
9946364      Bank One,   P.O. Box 9001008,   Louisville, KY  40290-1008
9946365      Bank One,   P.O. Box 15548,   Wilmington, DE  19886-5548
9946366      Best Buy,   Retail Services,   P.O. Box 17298,   Wilmington, DE  19886-5137
9946367      Capital One,   P.O. Box 790216,   St. Louis, MO  63179-0216
9946368     +Countrywide Home Loans,   P.O. Box 650070,   Dallas, TX 75265-0070
9946369      GE Capital Cons Cardco,   P.O. Box 960061,   Orlando, FL  32896-0061
10913285    +GE Consumer Finance,   For GE Money Bank,   dba Empire,   PO Box 960061,   Orlando FL 32896-0061
9946370     +Kohl's,   P.O. Box 2998,   Milwaukee, WI 53201-2998
10971878    +Kohl's Department Store,   c/o Creditors Bankruptcy Service,   P O Box 740933,
              Dallas, TX 75374-0933
9946371      MBNA America,   P.O. Box 15137,   Wilmington, DE  19886-5137
11036691     eCAST Settlement Corporation assignee of,   Chase Bank USA NA,   POB 35480,
              Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
                                                                                           TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 03, 2007**           **Signature:** *Joseph Speetjens*