**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| KOZI, JAMES THOMAS | ) | CASE NO. 05-42536-JHS |
| | ) | |
| Debtor(s) | ) | Hon. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:  THE HONORABLE JOHN H. SQUIRES
     BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

    All checks have been cashed.  Evidence of canceled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


December 20, 2007                                    /s/ David R. Brown /s/
DATE                                                 TRUSTEE


DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON IL 60187
(630) 510-0000